ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAR 28  AM 8: 28

CLERK _B McCarty_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ROOSEVELT PALMER, | ) |
| Petitioner, | ) |
| v. | ) CV104-141 |
| BARRY GAITHER, Warden, | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the instant petition is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 28th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE